IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-MC-3-RJ

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor United States Department of Labor, ) ) ) Petitioner, ) ) v. ) ) SOUTHPORT GRILL, CORP., ) d/b/a THE BLUE MARLIN, ) ) Respondent. ) | ORDER |

Upon consideration of the Petition to Enforce Administrative Subpoena *duces tecum* by the Secretary of Labor, United States Department of Labor, to compel Respondent Southport Grill, Corp. d/b/a The Blue Marlin to comply with the subpoena *duces tecum* issued by the Wage and Hour Division on June 16, 2014, to which no response has been filed, and upon the court's finding good cause to support, it is hereby

ORDERED that Respondent show cause why the prayer of the Petitioner should not be granted;

ORDERED that Respondent must appear, at the **United States Department of Labor, Wage Hour Division, Wilmington Field Office located at the Alton Lennon Federal Building, 2 Princess Street, Wilmington, North Carolina on Monday, November 1, 2014 at 12 p.m.**, before a duly appointed official of the United States Department of Labor, and to produce, at that time, all items and documents listed and described in the administrative subpoena.

SO ORDERED the 2nd day of October 2014.

Robert B. Jones, Jr.
United States Magistrate Judge